Robert R. Berk, Bar #010162
Matthew B. Baltierra, Bar #031174
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7355
Fax: (602) 200-7851
rberk@jshfirm.com
mbaltierra@jshfirm.com

Attorneys for Petitioner, Life Storage LP dba Life Storage 215

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Life Storage LP dba Life Storage 215<br><br>                              Petitioner,<br><br>          v.<br><br>James Burress,<br><br>                              Respondent. | No. TBD<br><br>**PETITION TO CONFIRM ARBITRATION AWARD** |

Petitioner Life Storage LP dba Life Storage 215 ("Petitioner") seeks confirmation of an arbitration award issued on October 20, 2021 against Respondent James Burress ("Respondent") and entry of judgment against Respondent in conformity with that award pursuant to Federal Rule of Civil Procedure 81 and 9 U.S. Code §§6, 9.

**I.     BACKGROUND**

Respondent initiated an arbitration action with the American Arbitration Association ("AAA"), AAA case number 01-21-002-7457, against Petitioner seeking damages in connection with Respondent's lease of three storage units in Petitioner's facility located at 1356 E. Baseline Road in Mesa, Arizona (collectively "the lease agreements", attached hereto as Exhibit "1").

Petitioner filed the action with AAA pursuant to Paragraph 27 of the lease agreements, which states that any dispute arising out of the lease agreements must be submitted to arbitration. (*See* Exhibit "1" at ¶27).

The three lease agreements at issue are/were dated October 3, October 29, and March 8, 2020. Per the terms of the lease agreements, each lease was terminable at will. (*See id.*). On April 14, 2021, Petitioner served Respondent with a notice of termination with regard to all three lease agreements. Respondent claimed the termination notices were invalid and sought damages.

The arbitration hearing with AAA for Respondent's claim took place on October 11, 2021 in front of arbitrator Don Bivens.

## II.   ARBITRATION AWARD

After considering the parties' written submission and the evidence presented at the hearing, Arbitrator Bivens issued a Final Arbitration Award ("Final Award") on October 20, 2021. (October 20, 2021 Order attached as Exhibit "2"). In the Award, the Arbitrator ruled that that all three leases were legally terminated and that Respondent was not entitled to any damages, and established a deadline by which Respondent had to vacate the storage units. Respondent complied with that deadline.

## III.   AUTHORITY FOR CONFIRMING AWARD

9 U.S. Code § 9 provides, in pertinent part:
> If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made.

Because the lease agreements do not specify the court in which judgment should be entered (exhibit "1"), this Court has authority to confirm the Final Award. Respondent is being provided notice of this Petition to Respondent via mail and email.

## IV. CONCLUSION

Based on the foregoing, Petitioner requests that this Court issue an order confirming arbitrator Don Bivens' Final Arbitration Award attached as Exhibit "2".

DATED this 3rd day of January, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Matthew B. Baltierra*
   Robert R. Berk
   Matthew B. Baltierra
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Petitioner, Life Storage LP
   dba Life Storage 215

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on Pro Per Claimant via email, U.S. Mail and Process Service.

James Hunt Burress
Pro Per
1356 E Baseline Rd
UNIT 420
Mesa, AZ 85024
lasvegasjames702@gmail.com

 /s/ Rebecca Camelio