# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Life Storage LP,<br><br>    Petitioner,<br><br>v.<br><br>James Burress,<br><br>    Respondent. | **NO. CV-22-00007-PHX-SMM (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order granting the Petition to Confirm Arbitration Award filed August 24, 2022, judgment is entered in favor of Petitioner and against Respondent James Burress.

Debra D. Lucas
District Court Executive/Clerk of Court

August 24, 2022

By   s/ Rebecca Kobza
     Deputy Clerk